**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

JDS 56

RECEIVED
UNITED STATES MARSHALS
2012 JUL 20 PM 3:26
SOUTHERN DISTRICT, S/TX

United States District Court
Southern District of Texas
FILED
MAR 21 2013
David J. Bradley, Clerk of Court

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: Criminal H-10-787 |
| DEFENDANT: Jonathan Paul Barnes, et al. | TYPE OF PROCESS: Seize and Dispose (FOF) |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

U.S. Marshals Service

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
3 Allen Center, 333 Clay Street, Suite 3050, Houston, Texas 77002

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Kristine E. Rollinson
United States Attorney's Office
919 Milam Street, Suite 1500
PO Box 61129
Houston, Texas 77208-1129

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

Please take custody of and dispose of the real property at 5 Wynden Oaks Drive, Houston, Texas 77056 in accordance with the Order to Vacate (Dkt No. 278) and the Final Order of Forfeiture (Wynden Oaks) (Dkt No. 277). Any extensions to the move-out date are at the USMS's discretion up to 20 additional days, pursuant to the Order to Vacate. Please note that the net proceeds of the sale of the real property are expected to be applied to restitution through the restoration process. Certified copies are attached.

11-USP-000030

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*Kristine E. Rollinson*

TELEPHONE NUMBER: (713) 567-9000
DATE: July 18, 2012

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 7-20-12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (*If not shown above*).

Address (*complete only if different than shown above*)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 2/20/13    Time: 3:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 55.— | — | — | 55.— | | | |

REMARKS: 8-9-12 - Took Custody & Changed Locks.
2-20-13 - Disposed of property in accordance to law

PRIOR EDITIONS MAY BE USED
**CLERK**
Make (5) copies when form is signed. SEND ORIGINAL + 4 COPIES to USMS. Retain Copy #5 for your file.

FORM USM 285 (Rev. 12/15/80)